UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PACKERS PLUS ENERGY SERVICES (USA), INC.,<br><br>    Defendant. | CASE NO.: 4:16-CV-662<br><br>JURY DEMANDED |

**NOTICE OF FILING CONSENT (March 30, 2016)**

 Plaintiff submits the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. Ryan Olson.

          Respectfully submitted,

          **BRUCKNER BURCH PLLC**

            **/s/ Rex Burch**
         By: _____
          Richard J. (Rex) Burch
          SD Texas No. 21615
          Texas Bar No. 24001807
         8 Greenway Plaza, Suite 1500
         Houston, Texas 77046
         713-877-8788 – Telephone
         713-877-8065 – Facsimile
         rburch@brucknerburch.com

        Michael A. Josephson
        Texas Bar No. 24014780
        Andrew W. Dunlap
        Texas Bar No. 24078444
        Lindsay R. Itkin
        Texas Bar No. 24068647
        **FIBICH, LEEBRON, COPELAND**
        **BRIGGS & JOSEPHSON**
        1150 Bissonnet St.
        Houston, Texas 77005
        Tel: (713) 751-0025
        Fax: (713) 751-0030
        mjosephson@fibichlaw.com
        litkin@fibichlaw.com
        adunlap@fibichlaw.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

  This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On March 30, 2016, I served this document via the Court's ECF system.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Print Name: Ryan Olson

1. I hereby consent to participate in a collective action lawsuit against **Packers Plus Energy Services Inc.** (and its related entities) to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Ryan Olson* (DocuSigned by: 0CA2B56A0AFC410...)

Date Signed: 3/30/2016

**EXHIBIT 1**