United States District Court
Southern District of Texas
**ENTERED**
April 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY CRUMB, on behalf of Himself and Other Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-16-662 |
| PACKERS PLUS ENERGY SERVICES, (USA) INC., | § § § § | |
| Defendant. | § | |

## ORDER

Packers Plus Energy Services's unopposed motion for extension of time to answer Timothy Crumb's complaint, (Docket Entry No. 8), is granted. The deadline is extended to April 14, 2016.

SIGNED on April 11, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge