United States District Court
Southern District of Texas
**ENTERED**
July 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated, § § § § Plaintiffs, § § v. § PACKERS PLUS ENERGY SERVICES, § (USA) INC., § § Defendant. § | CIVIL ACTION NO. H-16-662 |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule.

1. July 22, 2016 **STATUS CONFERENCE**
   A status conference will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.

2. July 29, 2016 **ISSUANCE OF NOTICE**
   Notice must be issued by this deadline.

3. October 14, 2016 **AMENDED PLEADINGS**
   The plaintiffs must file an amended pleading identifying the specific state-law claims they allege.

4. March 3, 2017 **MEDIATION**
   Mediation or other form of dispute resolution must be completed by this deadline.

5. February 28, 2017 **COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6. March 17, 2017 **DEADLINE FOR SUMMARY JUDGMENT AND DECERTIFICATION MOTIONS**

1

7.  May 19, 2017        **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
    The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8.  May 26, 2017        **DOCKET CALL**
    Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

9.  Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions must arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on July 11, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge