# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated, | CASE NO.: 4:16-CV-662 |
| Plaintiffs, | COLLECTIVE ACTION |
| v. | |
| PACKERS PLUS ENERGY SERVICES (USA), INC., | |
| Defendant. | |

## NOTICE OF FILING CONSENT (August 12, 2016)

Plaintiffs submit the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. Wyatt Johnson; and
2. John Martin.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /s/ Rex Burch
_____
Richard J. (Rex) Burch
SD Texas No. 21615
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

Michael A. Josephson  
Texas Bar No. 24014780  
Andrew W. Dunlap  
Texas Bar No. 24078444  
Lindsay R. Itkin  
Texas Bar No. 24068647  
**FIBICH, LEEBRON, COPELAND**  
**BRIGGS & JOSEPHSON**  
1150 Bissonnet St.  
Houston, Texas 77005  
Tel: (713) 751-0025  
Fax: (713) 751-0030  
mjosephson@fibichlaw.com  
litkin@fibichlaw.com  
adunlap@fibichlaw.com  

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

  This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

          **/s/ Rex Burch**
          _____
          Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

  On August 12, 2016, I served this document via the Court's ECF system.

          **/s/ Rex Burch**
          _____
          Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: _Wyatt Johnson_

1. I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _[signature]_   Date Signed: _7/29/2016_

**EXHIBIT 1**

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: __John (J.D.) Martin__

1. I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: __JD. Mart__    Date Signed: __8-8-16__

**EXHIBIT 2**