**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated, | **CASE NO.: 4:16-CV-662** |
| Plaintiffs, | COLLECTIVE ACTION |
| v. | |
| PACKERS PLUS ENERGY SERVICES (USA), INC., | |
| Defendant. | |

**NOTICE OF FILING CONSENT (August 15, 2016)**

Plaintiffs submit the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. Adam Frawley;

2. Amado R. Jimenez; and

3. Logan Ledgerwood.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: ___/s/ Rex Burch_____

    Richard J. (Rex) Burch
    SD Texas No. 21615
    Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Lindsay R. Itkin
Texas Bar No. 24068647
**FIBICH, LEEBRON, COPELAND**
**BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court.  Accordingly, no certificate of conference is required.

**/s/ Rex Burch**

Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On August 15, 2016, I served this document via the Court's ECF system.

**/s/ Rex Burch**

Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: _Adam Frawley_

1.    I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3.    I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4.    I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5.    If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _Adam F____    Date Signed: _8/9/16_

**EXHIBIT 1**

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: _Amado Ruben Jimenez_

1.    I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3.    I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4.    I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5.    If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _Amado Ruben_   Date Signed: _8/15/16_

**EXHIBIT 2**

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: <u>Logan Ledgerwood</u>

1.   I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3.   I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4.   I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5.   If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _____   Date Signed: 8/5/16

**EXHIBIT 3**