# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PACKERS PLUS ENERGY SERVICES (USA), INC.,<br><br>   Defendant. | **CASE NO.: 4:16-CV-662**<br><br>COLLECTIVE ACTION |

## NOTICE OF FILING CONSENT (August 17, 2016)

Plaintiffs submit the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. John Herschbach.

        Respectfully submitted,

        **BRUCKNER BURCH PLLC**

        By: **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch
        SD Texas No. 21615
        Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

        AND

> Michael A. Josephson
> Texas Bar No. 24014780
> Andrew W. Dunlap
> Texas Bar No. 24078444
> Lindsay R. Itkin
> Texas Bar No. 24068647
> **FIBICH, LEEBRON, COPELAND**
> **BRIGGS & JOSEPHSON**
> 1150 Bissonnet St.
> Houston, Texas 77005
> Tel: (713) 751-0025
> Fax: (713) 751-0030
> mjosephson@fibichlaw.com
> litkin@fibichlaw.com
> adunlap@fibichlaw.com
>
> **ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

> **/s/ Rex Burch**
> _____
> Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On August 17, 2016, I served this document via the Court's ECF system.

> **/s/ Rex Burch**
> _____
> Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Print Name: John Herschbach

1. I hereby consent to participate in a collective action lawsuit against Packers Plus to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *John Herschbach* (John Herschbach (Aug 17, 2016))

Date Signed: Aug 17, 2016

**EXHIBIT 1**