UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TMOTHY CRUMB on Behalf of Himself and Others Similarly Situated,** § § § | |
| **Plaintiff,** § § | |
| **V.** § § | **CIVIL ACTION NO. 4:16-cv-00662** |
| **PACKERS PLUS ENERGY SERVICES (USA) INC.,** § § § § | **COLLECTIVE ACTION** |
| **Defendant.** § § | |

## PLAINTIFFS NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiffs hereby file this notice of change of address for their attorney of record, Don J. Foty of the law firm of Kennedy Hodges L.L.P., and respectfully notify the Court and all Parties of the new address below:

Kennedy Hodges, LLP
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Fax: (713) 523-1116

All future correspondence, pleadings and Court notifications should be directed to the address above.

RESPECTFULLY SUBMITTED,

KENNEDY HODGES, LLP

By: /s/ Don J. Foty
    Don J. Foty
    DFoty@kennedyhodges.com
    State Bar No. 24050022
    4409 Montrose Blvd.
    Houston, Texas 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

**Attorney for Plaintiffs and Class Members**

## CERTIFICATE OF SERVICE

This is to certify that on September 29, 2016 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: /s/ *Don J. Foty*
    Don J. Foty