UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACKERS PLUS ENERGY SERVICES (USA), INC.,<br><br>Defendant. | **CASE NO.: 4:16-CV-662**<br><br>COLLECTIVE ACTION |

**NOTICE OF FILING CONSENT (September 30, 2016)**

Plaintiffs submit the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. Adam Perez.

                            Respectfully submitted,

                            **BRUCKNER BURCH PLLC**

                                /s/ **Rex Burch**
                        By: _____
                            Richard J. (Rex) Burch
                            SD Texas No. 21615
                            Texas Bar No. 24001807
                        8 Greenway Plaza, Suite 1500
                        Houston, Texas 77046
                        713-877-8788 – Telephone
                        713-877-8065 – Facsimile
                        rburch@brucknerburch.com

                        AND

>Michael A. Josephson
>Texas Bar No. 24014780
>Andrew W. Dunlap
>Texas Bar No. 24078444
>Lindsay R. Itkin
>Texas Bar No. 24068647
>**FIBICH, LEEBRON, COPELAND**
>**BRIGGS & JOSEPHSON**
>1150 Bissonnet St.
>Houston, Texas 77005
>Tel: (713) 751-0025
>Fax: (713) 751-0030
>mjosephson@fibichlaw.com
>litkin@fibichlaw.com
>adunlap@fibichlaw.com
>
>**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

>**/s/ Rex Burch**
>_____
>Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On September 30, 2016, I served this document via the Court's ECF system.

>**/s/ Rex Burch**
>_____
>Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: __Adam Perez__

1. I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _[signature]_   Date Signed: __Sept. 19, 2016__

**EXHIBIT 1**