UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CRUMB, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PACKERS PLUS ENERGY SERVICES (USA), INC.,<br><br>　　　　　　Defendant. | **CASE NO.: 4:16-CV-662**<br><br>COLLECTIVE ACTION |

**NOTICE OF FILING CONSENT (October 3, 2016)**

Plaintiffs submit the following notice(s) of consent pursuant to 29 U.S.C. § 216(b):

1. Samuel Dossey.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BRUCKNER BURCH PLLC**

　　　　　　　　　　　　　　　　　　　/s/ **Rex Burch**
　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Richard J. (Rex) Burch
　　　　　　　　　　　　　　　　　　　SD Texas No. 21615
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001807
　　　　　　　　　　　　　　　　　8 Greenway Plaza, Suite 1500
　　　　　　　　　　　　　　　　　Houston, Texas 77046
　　　　　　　　　　　　　　　　　713-877-8788 – Telephone
　　　　　　　　　　　　　　　　　713-877-8065 – Facsimile
　　　　　　　　　　　　　　　　　rburch@brucknerburch.com

　　　　　　　　　　　　　　　　　AND

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Lindsay R. Itkin
Texas Bar No. 24068647
**FIBICH, LEEBRON, COPELAND**
**BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On October 3, 2016, I served this document via the Court's ECF system.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is **September 30, 2016.**

Print Name: _Samuel Dossey_

1. I hereby consent join the collective action lawsuit filed against Packers Plus Energy Services, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Fibich, Leebron, Copeland, Briggs, & Josephson and Bruckner Burch PLLC and Don Foty with Kennedy Hodges as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _[signed]_ Date Signed: _9-28-16_

**EXHIBIT 1**